—— LAW OFFICES ——

# DECOTIIS

**DeCotiis, FitzPatrick & Cole, LLP**

NEW YORK
NEW JERSEY

GLENPOINTE CENTRE WEST
500 FRANK W. BURR BOULEVARD, SUITE 31
TEANECK, NEW JERSEY 07666

16 AUG 24  PM 2: 47

TELEPHONE: (201) 928-1100
TELEFAX:    (201) 928-0588
WWW.DECOTIISLAW.COM

BY:

DIRECT
J. SHELDON COHEN ESQ.
JCOHEN@DECOTIISLAW.COM
201.928.1100

August 23, 2016

**Via Regular Mail**
Hon. Vincent F. Papalia
50 Walnut Street
M.L. King Jr. Federal Bldg. & Courthouse
Newark, New Jersey 07102

**Re: In Re: James Kim (16-20275)**
**BER-L-1369-13**

Dear Judge Papalia:

This law firm represents the Borough of Fort Lee ("Borough"). Enclosed herein is a copy of plenary retail consumption license #0219-33-008-011 ("License"). The License has been renewed for the 2016-2017 term and is issued to James Kim. This issuance was accomplished to protect the *res* (i.e., the License) from expiring and becoming void. It is not intended to be dispositive of the Court's ultimate disposition of the License. Furthermore, this License is inactive because the owner/operator of the premises for its operation has not yet been submitted and approved by the Governing Body. The Borough will take no further action without a court-order. Lastly, the Borough respectfully submits that the order preserve the Borough's statutory rights pursuant to N.J.S.A. 33:1-24.

Respectfully submitted,

**DeCotiis, FitzPatrick, & Cole, LLP**
*Attorneys for Creditor, Borough of Fort Lee*

By: _____
J. Sheldon Cohen, Esq.

JSC/ls
Enc.



1963619

**DECOTIIS**

Cc: Philip N. Boggia, Esq. (via regular mail and E-mail)
    Justin D. Santagata, Esq. (via regular mail and E-mail)
    Roy Mossi, Esq. (via regular mail and E-mail)
    Walter D. Nealy, Esq. (via regular mail and E-mail)
    Hon. Lisa Perez Friscia (via regular mail)

1965457-1



Page 1 of 1

This License Expires: 06/30/2017

# State of New Jersey

*Department of Law and Public Safety*
*Division of Alcoholic Beverage Control*

**2016 - 2017**

FORT LEE BOROUGH
BERGEN COUNTY

**Pursuant to Title 33 of the New Jersey Statutes, A**    PLENARY RETAIL CONSUMPTION LICENSE

**Is Hereby Granted To**    KIM JAMES

**License Number:**    0219-33-008-011

This license confers all rights and privileges pertaining thereto, as set further in Title 33 of the New Jersey Statutes, and any amendments thereof and supplements thereto, and is expressly subject to the terms, provisions, limitations, requirements and conditions set forth therein and any rules and regulations promulgated heretofore and hereafter by the Director of the Division of Alcoholic Beverage Control pursuant to Title 33 of the New Jersey Statutes. The license is further subject to the provisions of all municipal ordinances and/or resolutions pertaining thereto which have been or shall have been duly enacted under law.

**Effective Date:** 07/01/2016

Fee Paid $200.00
Renewal Fee    $2,400.00

Attest: FORT LEE BOROUGH

_____

EVELYN ROSARIO
BOROUGH CLERK
BOROUGH OF FORT LEE