**WALTER D. NEALY, P.C.**
**ATTORNEY AT LAW**
**100 South Van Brunt Street, Suite 2C**
**Englewood, New Jersey 07631**
**Tel: (201) 227-0063 Fax: (201) 227-6118**
**Email:** walter@wdnlaw.com

August 25, 2016

**Via ECF**
Honorable Vincent F. Papalia
Bankruptcy Judge
Martin Luther King, Jr., Federal Building
United States Bankruptcy Court
50 Walnut Street, Courtroom 3B
Newark, New Jersey 07102

> **RE: James Kim**
> **United States Bankruptcy Court**
> **Chapter 13**
> **Case No. 16-20275-VFP**
> **Our File No. 5743**

Dear Judge Papalia:

This will confirm the briefing schedule set by the Court on August 18, 2016 after the hearing concerning the Motion of David Lorenzo for Relief from the Automatic Stay and Specific Performance.

The attorney for David Lorenzo shall file a brief no later than September 2, 2016. The Reply Brief for Mr. Kim is due by September 16, 2016. The hearing of the matter will occur before Your Honor on September 28, 2016 at 2:30 pm. Further, the Brief by Mr. Lorenzo's counsel and the reply shall focus on whether or not the provisions of 11USC 543(d)(1) should apply to the turnover of my client's liquor license by Mr. Boggia, the state Court appointed Receiver and the Borough of Fort Lee.

Very Truly Yours,

Walter D. Nealy

WDN:cs
cc: Boggia and Boggia LLC, Attention: Philip Boggia, Esq,
   De Cotis, Fitzpatrick & Cole, Attention: J. Sheldon Cohen, Esq.
   Kaufman Semeraro & Leibman LLP, Attention: Justin D. Santagata, Esq.
   Song Law Firm LLC, Attention: Roy Mossi, Esq.
   James Kim
5743 Judge Vincent F. Papalia Ltr 8-24-16