# KAUFMAN SEMERARO & LEIBMAN LLP

*Attorneys-At-Law*

Paul C. Kaufman
Mark J. Semeraro†
Marc E. Leibman†

Jaime R. Placek†*
Deena B. Rosendahl†
Justin D. Santagata†•
Gregory K. Asadurian
Bryan P. Regan†§
Scott Fahrney
Danielle Lamake†

*Of Counsel*
David R. Gelbert

† Licensed in NY
* Licensed in NE
§ Licensed in CA (inactive)
• LLM, Advocacy and Dispute Resolution

Fort Lee Executive Park
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024

phone 201.947.8855
fax 201.947.2402
www.NorthJerseyAttorneys.com

Woolworth Building
233 Broadway, Suite 2370
New York, New York 10279

phone 212.987.4000

Reply to:
New Jersey

September 2, 2016

<u>VIA ECF</u>
Hon. Vincent F. Papalia
50 Walnut Street
M.L.King Jr. Federal Bldg. & Courthouse
Newark, New Jersey 07102

   <u>Re</u>: <u>In Re: James Kim</u>, 16-20275

Dear Judge Papalia:

  We represent Creditor David Lorenzo in the above-captioned bankruptcy case. Our motion to excuse compliance with 11 U.S.C. § 543(a) is due today. I have been tied up in an order to show cause in <u>In re Ringwood Ordinance 2016-1, "Full Remediation of Superfund Sites</u> (Law. Div. 2016) (E. Caposela, A.J.S.C.). I will not be able to complete the brief today, but anticipate filing it either tomorrow or September 4, 2016. If this affects Debtor James Kim's opposition, we obviously consent to adjust the schedule, but hopefully it has no effect because of the holiday weekend. I apologize for the late letter, but I did not expect to be tied up as much as I have been. Thank you and have a nice holiday.

       Respectfully submitted,

       /S

       JUSTIN D. SANTAGATA

JDS/bar
cc: All counsel (via ECF)