Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Kim
   697 Clark Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−1671

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/7/16 at 10:00 AM

to consider and act upon the following:

*21* − Motion re: for specific performance and limited vacation of stay Filed by Justin D. Santagata on behalf of David Lorenzo. Hearing scheduled for 8/18/2016 at 11:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Brief # 2 Certification # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D # 7 Exhibit E # 8 Exhibit F # 9 Exhibit G # 10 Exhibit H # 11 Exhibit I # 12 Exhibit J [intentionally omitted] # 13 Exhibit K # 14 Exhibit L # 15 Proposed Order) (Santagata, Justin)

*34* − Motion re: excuse turnover of property Filed by Justin D. Santagata on behalf of David Lorenzo. Hearing scheduled for 9/7/2016 at 10:00 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification of Justin D. Santagata, Esq. re exhibits # 2 Exhibit A # 3 Exhibit B # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit K # 11 Exhibit L # 12 Brief # 13 Proposed Order # 14 Exhibit C # 15 Exhibit J # 16 Exhibit M # 17 Exhibit N) (Santagata, Justin) INCORRECT HEARING DATE, COURT WILL RESCHEDULED. INCOMPLETE SIGNATURE FORMAT ON MAIN DOCUMENT AND CERTIFICATION Modified on 9/6/2016 (Primo, Mariela). Modified on 9/7/2016 (car).

Dated: 9/21/16

James J. Waldron
Clerk, U.S. Bankruptcy Court