AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE, ADVERSARY COMPLAINT**
EFFECTED (1) BY ME: **GIANFRANCO MAUCIONE**
TITLE: **PROCESS SERVER**

DATE: **9/22/2016 5:14:04 PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

JAMES KIM

Place where served:

697 CLARK STREET  RIDGEFIELD  NJ  07657

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DON KIM

Relationship to defendant  **SON**

Description of Person Accepting Service:

SEX: M    AGE: 14-20    HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: YELLOW    HAIR: BLACK    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____    SERVICES $ _____ . ____    TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 09/23/2016                                         _____ L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

09/23/16
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2020

**Attempts**
9/22/2016 10:46:22 AM

ATTORNEY: JUSTIN D. SANTAGATA, ESQ.
PLAINTIFF: DAVID LORENZO
DEFENDANT: JAMES KIM
VENUE: DISTRICT
DOCKET: 16 20275
COMMENT: