Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–20275–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James Kim
697 Clark Avenue
Ridgefield, NJ 07657

Social Security No.:
xxx–xx–1671

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            November 17, 2016
Time:            11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*45* – Application For Retention of Professional Matthew Jeon, Esq. as Special Counsel for Debtor Filed by Walter D. Nealy on behalf of James Kim. Objection deadline is 10/31/2016. (Attachments: # 1 Certification # 2 Proposed Order) (Nealy, Walter)

*48* – Objection to Retention of M. Jeon, Esq. (related document:45 Application For Retention of Professional Matthew Jeon, Esq. as Special Counsel for Debtor Filed by Walter D. Nealy on behalf of James Kim. Objection deadline is 10/31/2016. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor James Kim) filed by Justin D. Santagata on behalf of David Lorenzo. (Santagata, Justin)

and transact such other business as may properly come before the meeting.

Dated: October 26, 2016
JJW: jf

James J. Waldron
Clerk