Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James Kim
  697 Clark Avenue
  Ridgefield, NJ 07657

Social Security No.:
  xxx−xx−1671

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            November 17, 2016
Time:            11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*45* – Application For Retention of Professional Matthew Jeon, Esq. as Special Counsel for Debtor Filed by Walter D. Nealy on behalf of James Kim. Objection deadline is 10/31/2016. (Attachments: # 1 Certification # 2 Proposed Order) (Nealy, Walter)

*48* – Objection to Retention of M. Jeon, Esq. (related document:45 Application For Retention of Professional Matthew Jeon, Esq. as Special Counsel for Debtor Filed by Walter D. Nealy on behalf of James Kim. Objection deadline is 10/31/2016. (Attachments: # 1 Certification # 2 Proposed Order) filed by Debtor James Kim) filed by Justin D. Santagata on behalf of David Lorenzo. (Santagata, Justin)

and transact such other business as may properly come before the meeting.

Dated: October 26, 2016
JJW: jf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Kim  
    Debtor

Case No. 16-20275-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Oct 26, 2016  
                 Form ID: 173     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.
```
db              +James Kim,    697 Clark Avenue,    Ridgefield, NJ 07657-2637
aty             +DeCotiis, FitzPatrick & Cole, LLP,    Glenpointe Centre West,    500 Frank W. Burr Boulevard,
                   Suite 31,    Teaneck, NJ 07666-6802
cr              +Moon Sook Kim,    Song Law Firm,    400 Kelby Street,    7th Floor,    Fort Lee, NJ 07024-2938
none            +Philip N. Boggia,    Boggia & Boggia,    71 Mt Vernon Street,    Ridgefield Park, NJ 07660-1712
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               David Lorenzo,    2 Executive Drive, Suite 530,    2 Executive Drive,   Suite 530,   Fort Lee,
                   UNITED STATES
```
                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin D. Santagata    on behalf of Creditor David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Justin D. Santagata    on behalf of Plaintiff David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Kyong  Chung    on behalf of Creditor Moon Sook Kim kchung@songlawfirm.com,
               rmossi@songlawfirm.com;ajacobson@songlawfirm.com;jhong@songlawfirm.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Walter D. Nealy    on behalf of Defendant James  Kim nealylaw@gmail.com
              Walter D. Nealy    on behalf of Debtor James  Kim nealylaw@gmail.com
```
                                                                   TOTAL: 7