JUSTIN D. SANTAGATA, ESQ.
KAUFMAN SEMERARO & LEIBMAN LLP
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
T: 201-947-8855
F: 201-947-2402
E: jsantagata@northjerseyattorneys.com
Attorneys for Creditor David Lorenzo

**Order Filed on October 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE JAMES KIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE
Chapter 13
16-20275

ORDER DENYING MOTION FOR SPECIFIC PERFORMANCE AND TO VACATE THE AUTOMATIC BANKRUPTCY STAY

This motion was opened to the Court by Creditor David Lorenzo for specific performance and to vacate the automatic bankruptcy stay (ECF 21). For the reasons placed on the record on August 18, 2016, the motion is denied without prejudice.

**DATED: October 26, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

United States Bankruptcy Court
District of New Jersey

In re:  
James Kim  
    Debtor

Case No. 16-20275-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Oct 26, 2016  
　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.  
db　　　　+James Kim,　697 Clark Avenue,　Ridgefield, NJ 07657-2637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2016 at the address(es) listed below:  
    Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Justin D. Santagata    on behalf of Creditor David  Lorenzo jsantagata@northjerseyattorneys.com, brusso@northjerseyattorneys.com  
    Justin D. Santagata    on behalf of Plaintiff David  Lorenzo jsantagata@northjerseyattorneys.com, brusso@northjerseyattorneys.com  
    Kyong  Chung    on behalf of Creditor Moon Sook Kim kchung@songlawfirm.com, rmossi@songlawfirm.com;ajacobson@songlawfirm.com;jhong@songlawfirm.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    Walter D. Nealy    on behalf of Defendant James  Kim nealylaw@gmail.com  
    Walter D. Nealy    on behalf of Debtor James  Kim nealylaw@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7