# IN RE JAMES KIM, 16-20275-VFP

## STATEMENT OF ISSUES ON APPEAL PURSUANT TO BANKRUPTCY RULE 8009(a)(1)

1. Whether the subject liquor license was property of Debtor James' Kim's bankruptcy estate? And, if so, to what extent, mere "legal title" or an "equitable interest"?

2. Whether Mr. Kim's use of the bankruptcy stay to challenge a state court judgment requiring him to transfer the subject liquor license violated the Rooker-Feldman doctrine?

3. Whether the Court erred in denying Creditor David Lorenzo's motion to vacate the bankruptcy stay to facilitate the transfer of the subject liquor license to Mr. Lorenzo?

## DESIGNATION OF THE RECORD ON APPEAL PURSUANT TO BANKRUPTY RULE 8009(a)(4)

1. Notice of appeal (ECF 52)
2. 10/26/16 order being appealed (ECF 50)
3. Transcript of 8/18/16 opinion (pending; see transcript order at ECF 56)
4. 7/27/16 notice of motion (ECF 21)
5. 7/27/16 certification of Justin D. Santagata (ECF 21-2)
6. 6/10/13 NJ order (ECF 21-3)
7. 11/12/15 J. Kim cert. (ECF 21-4)
8. 4/26/16 P. Boggia cert. (ECF 21-5)
9. 9/25/14 NJ order (ECF 21-6)
10. 12/18/14 NJ order (ECF 21-7)
11. 4/10/15 NJ order (ECF 21-8)
12. 5/22/15 contract (ECF 21-9)

13. 12/18/15 NJ order (ECF 21-10)

14. 4/27/16 R. Mossi cert. (ECF 21-11)

15. 5/27/16 order (ECF 21-12)

16. NJ ABC Handbook excerpt at 11 (ECF 21-14)

17. 8/10/16 certification of James Kim (ECF 24-2)

18. 7080 Restaurant profit/loss statement (ECF 24-3)

19. 8/10/16 certification of Walter Nealy (ECF 24)

20. 6/24/16 W. Nealy letter to P. Boggia, et al. (ECF 24-1)