UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: 

Chapter: _____

Case Number: _____

Civil Number: _____

Adversary Number: _____

Bankruptcy Judge: _____

**AMENDED TRANSMITTAL OF APPEAL DOCUMENT(S) TO:**

❧❑☒ **DISTRICT COURT** ❑ **CIRCUIT COURT OF APPEALS**

A Notice of Appeal was filed in our office on _____. The parties to the appeal are:

Appellant(s): _____    Appellee(s): _____

Attorney: _____    Attorney: _____

Address: _____    Address: _____

_____    _____

Title of Order Appealed: _____

Date Entered On Docket: _____

The items indicated below are being transmitted together:

❑ Notice of Appeal         ❑ Order being Appealed      ❑ Designation of Record on Appeal
❑ Statement of Issues      ❑ Transcript                ❑ Transcript Ordered On: _____
❑ Other _____

❑    An appeal has not previously been filed in this case.

❑    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 12/15/14*