Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−20275−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Kim
   697 Clark Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−1671

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/22/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 23, 2016
JJW: mcp

                                                              James J. Waldron
                                                              Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 16-20275-VFP
James Kim                                                       Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Nov 23, 2016
                              Form ID: 148             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db             +James Kim,    697 Clark Avenue,    Ridgefield, NJ 07657-2637
aty            +DeCotiis, FitzPatrick & Cole, LLP,    Glenpointe Centre West,    500 Frank W. Burr Boulevard,
                 Suite 31,    Teaneck, NJ 07666-6802
cr             +Moon Sook Kim,    Song Law Firm,    400 Kelby Street,    7th Floor,    Fort Lee, NJ 07024-2938
none           +Philip N. Boggia,    Boggia & Boggia,    71 Mt Vernon Street,    Ridgefield Park, NJ 07660-1712
516200889     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE 19808)
516200892      +Boggia &Boggia, LLC,    71 Mt Veron Street,    Ridgefield Park, NJ 07660-1712
516200893      +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
516200896      +Civil Division,    Justice Center,    10 Main Street, Room 115,    Hackensack, NJ 07601-7058
516200897      +Clerk, Boro of Fort Lee,    309 Main Street,    Fort Lee, NJ 07024-4705
516200898      +David Lorenzo,    Justin D Santagata,    2 Executive Drive, Suite 530,    Fort Lee, NJ 07024-3302
516200899      +Flush Sav Bnk/dovenmue,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
516200900      +Hon. Lisa Perez-Friscia, JSC,    Bergen County Justice Center,    10  Main Street,
                 Hackensack, NJ 07601-7042
516200901      +J Sheldon Cohen , Esq,    De Cotis, Fitzpatrick &Cole,    Glenptoine Center West,
                 500 Frank Burr Bl, Suite 31,    Teaneck, NJ 07666-6802
516200902      +KSL, LLP,    Fort Lee Exective Park,    2 Executive Dr, Suite 530,    Fort Lee, NJ 07024-3302
516500124      +Moon Sook Kim,    Phillip N. Boggia, Esq,    Boggia & Boggia, LLC,    71 Mt. Vernon St.,
                 Ridgefield Park, NJ 07660-1712
516200904      +Moon Sook Kim,    c/o Song Law Firm,    400 Kelby Street 7th floor,    Fort Lee, NJ 07024-2938
516200905      +Song Law Firn LLC,    400 Kelby Street    7th Floor,    Fort Lee, NJ 07024-2938
516362000      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516200907       United Merchant Servic,    255 Route 17 South 2nd F,    Englewood, NJ 07601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2016 23:29:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2016 23:28:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516259407       EDI: HNDA.COM Nov 23 2016 23:23:00      American Honda Finance Corporation,    P.O. BOX 168088,
                 Irving TX 75016-8088
516200891       EDI: BANKAMER.COM Nov 23 2016 23:23:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
516200890      +EDI: BANKAMER.COM Nov 23 2016 23:23:00      Bk Of Amer,    450 American St,
                 Simi Valley, CA 93065-6285
516200895      +EDI: CHASE.COM Nov 23 2016 23:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516200894      +EDI: CHASE.COM Nov 23 2016 23:23:00      Chase Card,    201 N. Walnut St//De1-1027,
                 Wilmington, DE 19801-2920
516200903       E-mail/Text: camanagement@mtb.com Nov 23 2016 23:28:49      M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
516200906       EDI: TFSR.COM Nov 23 2016 23:23:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
516200908      +EDI: CITICORP.COM Nov 23 2016 23:23:00      Unvl/citi,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              David Lorenzo,   2 Executive Drive, Suite 530,    2 Executive Drive,    Suite 530,   Fort Lee,
                 UNITED STATES
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Nov 23, 2016
                              Form ID: 148             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin D. Santagata    on behalf of Creditor David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Justin D. Santagata    on behalf of Plaintiff David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Kyong  Chung    on behalf of Creditor Moon Sook Kim kchung@songlawfirm.com,
               rmossi@songlawfirm.com;ajacobson@songlawfirm.com;jhong@songlawfirm.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Walter D. Nealy    on behalf of Defendant James  Kim nealylaw@gmail.com
              Walter D. Nealy    on behalf of Debtor James  Kim nealylaw@gmail.com
                                                                                             TOTAL: 7
```