UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Walter D. Nealy, Esq.
Attorney at Law
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey  07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

Order Filed on December 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Kim,

                Debtor,

Case No.: 16-20275-VFP

Chapter: 13

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 6, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of ___Walter D. Nealy, Esq.___ for the reduction of time for a hearing on __Notice of Motion to Reinstate Chapter 13 Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___December 21 2016___ at __10:00am__ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, NJ 07102___, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
   All creditors as indicated on creditor matrix and their counsel if applicable

by ☒ each, ☐ any of the following methods selected by the Court:
(if applicable)
☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
   Chapter 13 Standing Trustee

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ~~_____ day(s) prior to the scheduled hearing; or~~ by December 16, 2016 at 4pm.

    ☐ may be presented orally at the hearing.

Replies, if any, must be filed and served by December 20, 2016 at noon.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. If the Debtor anticipates that he will provide testimony from any witness(es), he shall file with the Court and serve a list of any witnesses and their expected area(s) of testimony on or before December 15, 2016 at noon. Any other party that seeks to provide testimony shall file and serve a list of witness(es) and their expected area(s) of testimony by December 19, 2016 at noon.

*rev.2/1/16*