| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Walter D. Nealy, Esq. Attorney at Law 100 S. Van Brunt Street, Suite 2C Englewood, New Jersey 07631 Tel: (201) 227-0063 Fax: (201) 227-6118 Email: nealylaw@gmail.com | Case No.: | 16-20275-VFP |
| | Chapter: | 13 |
| In Re: James Kim | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, Catina Suddoth                   :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Walter D. Nealy, Esq.        , who represents Debtor            in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On    December 7, 2016    , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Granted Order Shortening Time Period For Notice, Setting Hearing And Limiting Notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  December 7, 2016                    /s/ Catina Suddoth, Paralegal
                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James Kim<br>697 Clark Avenue<br>Ridgefield, New Jersey 07657 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd.<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Am Honda Fin<br>201 Little Falls Dr.<br>Wilmington, DE 19808 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bk of America<br>P.O. Box 982238<br>Simi Valley, CA  93065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bk Of America<br>450 American Street<br>Simi Valley, CA  93065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Cbna<br>P.O. Box 6283<br>Sioux Falls, SD  57717 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Chase Card<br>P.O. Box 15298<br>Wilmington, DE  19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chase Caed<br>201 N. Walnut St// Del-1027<br>Wilmington, DE 19801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Civil Division<br>Justice Center<br>10 Main Street, Room 115<br>Hackensack, New Jersey 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Clerk, Boro of Fort Lee<br>309 Main Street<br>Fort Lee, New Jersey 07024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| David Lorenzo<br>Justin D. Santagata<br>2 Executive Drive, Suite 530<br>Fort Lee, New Jersey 07024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.8/1/15

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Flush Sav Bnk/Dovenmue<br>1 Corporate Dr. Ste 360<br>Lake Zurich, IL 60047 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hon. Lisa Perez-Friscia, JSC<br>Bergen County Justice Center<br>10 Main Street<br>Hackensack, New Jersey 07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| J Sheldon Cohen, Esq.<br>De Cotis, Fitzpatrick & Cole<br>Glenptoine Center West<br>500 Frank Burr B1, Suite 31<br>Teaneck, NJ 07666 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KSL, LLP<br>Fort Lee Executive Park<br>2 Executive Dr., Suite 530<br>Fort Lee, NJ 07024 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| M&T Bank<br>1 Fountain Plz<br>Buffalo, NY 14203 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Phillip N. Boggia, Esq.<br>Boggia & Boggia LLC<br>71 Mt. Vernon Street<br>Ridgefield Park, NJ  07660 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Moon Sook Kim<br>c/o Song Law Firm<br>400 Kelby Street, 7th floor<br>Fort Lee, NJ  07027-9400 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Toyota Motor Credit<br>4 Gatehall Dr., Ste 350<br>Parsippany, NJ  07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Toyota Motor Credit Corporation<br>P.O. Box 9013<br>Addison, Texas  75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| United Merchant Servic<br>255 Route 17 South 2nd Fl<br>Englewood, NJ  07601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Unvl/citi<br>P.O. Box 6241<br>Sioux Falls, SD  57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |