UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Walter D. Nealy, Esq.
Attorney at Law
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey  07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

Order Filed on December 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James Kim,

Debtor,

Case No.:   16-20275-VFP

Chapter:    13

Judge:      Vincent F. Papalia

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 6, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____Walter D. Nealy, Esq._____ for the reduction of time for a hearing on  Notice of Motion to Reinstate Chapter 13 Case _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____December 21 2016_____ at __10:00am__ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, NJ 07102_____, Courtroom No. __3B__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
   All creditors as indicated on creditor matrix and their counsel if applicable
   _____

by ☒ each, ☐ any of the following methods selected by the Court:
(if applicable)
☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
   Chapter 13 Standing Trustee
   _____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒  must be filed with the Court and served on all parties in interest by electronic or overnight mail ~~_____ day(s) prior to the scheduled hearing; or~~ by December 16, 2016 at 4pm.

    ☐  may be presented orally at the hearing.

Replies, if any, must be filed and served by December 20, 2016 at noon.

8.    ☒  Court appearances are required to prosecute the motion/application and any objections.

    ☒  Parties may request to appear by phone by contacting Chambers prior to the return date.

9. If the Debtor anticipates that he will provide testimony from any witness(es), he shall file with the Court and serve a list of any witnesses and their expected area(s) of testimony on or before December 15, 2016 at noon. Any other party that seeks to provide testimony shall file and serve a list of witness(es) and their expected area(s) of testimony by December 19, 2016 at noon.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
James Kim  
    Debtor

Case No. 16-20275-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 06, 2016  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.  
db         +James Kim,    697 Clark Avenue,    Ridgefield, NJ 07657-2637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Justin D. Santagata    on behalf of Creditor David  Lorenzo jsantagata@northjerseyattorneys.com, brusso@northjerseyattorneys.com  
          Justin D. Santagata    on behalf of Plaintiff David  Lorenzo jsantagata@northjerseyattorneys.com, brusso@northjerseyattorneys.com  
          Kyong  Chung    on behalf of Creditor Moon Sook Kim kchung@songlawfirm.com, rmossi@songlawfirm.com;ajacobson@songlawfirm.com;jhong@songlawfirm.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Walter D. Nealy    on behalf of Defendant James  Kim nealylaw@gmail.com  
          Walter D. Nealy    on behalf of Debtor James  Kim nealylaw@gmail.com  
                                                                                                                          TOTAL: 7