Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−20275−VFP
                        Chapter:  13
                        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Kim
   697 Clark Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−1671

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/22/16 at 02:30 PM

to consider and act upon the following:

*74* – Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Nealy, Walter)

*75* – Application to Shorten Time (related document:74 Motion to Reinstate Case filed by Debtor James Kim) Filed by Walter D. Nealy on behalf of James Kim. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Nealy, Walter)

*78* – Objection to Motion to reinstate (related document:74 Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor James Kim) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

*82* – BriefCertification in Opposition to (related document:74 Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor James Kim) filed by Justin D. Santagata on behalf of David Lorenzo. (Attachments: # 1 Certification with Exhibits A and B) (Santagata, Justin)

*83* – Supplemental Response to (related document:74 Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor James Kim) filed by Justin D. Santagata on behalf of David Lorenzo. (Santagata, Justin)

Dated: 12/13/16

James J. Waldron
Clerk, U.S. Bankruptcy Court