**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20275−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Kim
   697 Clark Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−1671

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/22/16 at 02:30 PM

to consider and act upon the following:

*74* − Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Nealy, Walter)

*75* − Application to Shorten Time (related document:74 Motion to Reinstate Case filed by Debtor James Kim) Filed by Walter D. Nealy on behalf of James Kim. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Nealy, Walter)

*78* − Objection to Motion to reinstate (related document:74 Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor James Kim) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service) (Greenberg, Marie−Ann)

*82* − BriefCertification in Opposition to (related document:74 Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor James Kim) filed by Justin D. Santagata on behalf of David Lorenzo. (Attachments: # 1 Certification with Exhibits A and B) (Santagata, Justin)

*83* − Supplemental Response to (related document:74 Motion to Reinstate Case Filed by Walter D. Nealy on behalf of James Kim. Hearing scheduled for 1/11/2017 at 10:30 AM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) filed by Debtor James Kim) filed by Justin D. Santagata on behalf of David Lorenzo. (Santagata, Justin)

Dated: 12/13/16

James J. Waldron
Clerk, U.S. Bankruptcy Court

Case 16-20275-VFP    Doc 85    Filed 12/15/16    Entered 12/16/16 00:35:40    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-20275-VFP
James Kim                                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Dec 13, 2016
                              Form ID: ntchrgbk        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2016.
db         +James Kim,   697 Clark Avenue,   Ridgefield, NJ 07657-2637
aty        +DeCotiis, FitzPatrick & Cole, LLP,   Glenpointe Centre West,   500 Frank W. Burr Boulevard,
             Suite 31,   Teaneck, NJ 07666-6802
cr         +Moon Sook Kim,   Song Law Firm,   400 Kelby Street,   7th Floor,   Fort Lee, NJ 07024-2938
none       +Philip N. Boggia,   Boggia & Boggia,   71 Mt Vernon Street,   Ridgefield Park, NJ 07660-1712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             David Lorenzo,   2 Executive Drive, Suite 530,   2 Executive Drive,   Suite 530,   Fort Lee,
                 UNITED STATES
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin D. Santagata    on behalf of Creditor David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Justin D. Santagata    on behalf of Plaintiff David  Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Kyong  Chung    on behalf of Creditor Moon Sook Kim kchung@songlawfirm.com,
               rmossi@songlawfirm.com;ajacobson@songlawfirm.com;jhong@songlawfirm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Walter D. Nealy    on behalf of Defendant James  Kim nealylaw@gmail.com
              Walter D. Nealy    on behalf of Debtor James  Kim nealylaw@gmail.com
                                                                                             TOTAL: 7