# SONG LAW FIRM

WWW.SONGLAWFIRM.COM

HQ | PARKER PLAZA, 400 KELBY STREET, 7TH FLOOR, FORT LEE, NEW JERSEY 07024
T. 201.461.0031    F. 201.461.0032    MAIL@SONGLAWFIRM.COM

MASSACHUSETTS_BOSTON
125 CAMBRIDGE PARK DRIVE, SUITE 301, CAMBRIDGE, MA 02140   T. 617.489.1327

**CASE CLOSED**

M. ARI JACOBSON, ESQ.
Licensed in New York and New Jersey
ajacobson@songlawfirm.com

\* Please Reply to : HQ Office Only

January 9, 2017

*Via ECF*
Hon. Madeline Cox Arleo
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

RE:   In re James Kim, 16-cv-08604
       Our File No. CL-101-15

Dear Judge Arleo:

    We represent Appellant Moon Sook Kim in this bankruptcy appeal. The bankruptcy has been dismissed and the debtor's motion to reinstate was denied. Accordingly, we withdraw our appeal. We request that we would like to reserve our right to reinstate the appeal in the event that the bankruptcy is reinstated at a later date. Thank you for your courtesies.

    Thank you.

Respectfully,

M. ARI JACOBSON

AJ/jh

cc: All counsel (via ECF)

SO ORDERED
1/12/17
Madeline Cox Arleo, U.S.D.J.

CALIFORNIA | CONNECTICUT | D.C./VIRGINIA | MARYLAND | MASSACHUSETTS | NEW YORK | NEW JERSEY | PENNSYLVANIA | KOREA | CHINA