# KAUFMAN SEMERARO & LEIBMAN LLP

*Attorneys-At-Law*

**CASE CLOSED**

Paul C. Kaufman
Mark J. Semeraro*
Marc E. Leibman†
Deena B. Rosendahl†

Jaime R. Placek†*
Justin D. Santagata†•
Gregory K. Asadurian
Bryan P. Regan†§
Scott Fahrney
Danielle Lamake†

*Of Counsel*
David R. Gelbert

† *Licensed in NY*
\* *Licensed in NE*
§ *Licensed in CA*
• *LLM, Advocacy and Dispute Resolution*

Fort Lee Executive Park
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024

*phone* 201.947.8855
*fax* 201.947.2402
www.NorthJerseyAttorneys.com

Woolworth Building
233 Broadway, Suite 2370
New York, New York 10279

*phone* 212.987.4000

*Reply to:*
New Jersey

jsantagata@northjerseyattorneys.com

January 4, 2017

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
50 Walnut Street
Newark, New Jersey 07102

    Re: <u>In re James Kim</u>, 16-cv-08399-MCA

Dear Judge Arleo:

    We represent Appellant David Lorenzo in this bankruptcy appeal. The bankruptcy has been dismissed and the debtor's motion to reinstate was denied. Accordingly, we withdraw our appeal. Thank you for your courtesies.

                Respectfully,

                /S

                JUSTIN D. SANTAGATA

JDS/bar
cc:    All counsel (via ECF)

SO ORDERED
1/12/17 /s/ Madeline Cox Arleo, U.S.D.J.