# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−20275−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Kim
   697 Clark Avenue
   Ridgefield, NJ 07657

Social Security No.:
   xxx−xx−1671

Employer's Tax I.D. No.:

## Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 2/13/17. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: February 14, 2017
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-20275-VFP
James Kim                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 14, 2017
                              Form ID: tsntc           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db           +James Kim,    697 Clark Avenue,    Ridgefield, NJ 07657-2637
aty          +DeCotiis, FitzPatrick & Cole, LLP,    Glenpointe Centre West,    500 Frank W. Burr Boulevard,
               Suite 31,    Teaneck, NJ 07666-6802
cr           +Moon Sook Kim,    Song Law Firm,    400 Kelby Street,    7th Floor,    Fort Lee, NJ 07024-2938
none         +Philip N. Boggia,    Boggia & Boggia,    71 Mt Vernon Street,    Ridgefield Park, NJ 07660-1712
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2017 22:38:08     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2017 22:38:05     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            David Lorenzo,    2 Executive Drive, Suite 530,   2 Executive Drive,    Suite 530,   Fort Lee,
               UNITED STATES
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin D. Santagata     on behalf of Creditor David   Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Justin D. Santagata     on behalf of Plaintiff David   Lorenzo jsantagata@northjerseyattorneys.com,
               brusso@northjerseyattorneys.com
              Kyong  Chung    on behalf of Creditor Moon Sook Kim kchung@songlawfirm.com,
               rmossi@songlawfirm.com;ajacobson@songlawfirm.com;jhong@songlawfirm.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Walter D. Nealy    on behalf of Defendant James   Kim nealylaw@gmail.com
              Walter D. Nealy    on behalf of Debtor James   Kim nealylaw@gmail.com
                                                                                              TOTAL: 7